Francis J. Lanak, Esq. (Bar No. 43487)
Kelly C. Sloan, Esq. (Bar No. 286491)
Members of LANAK & HANNA, P.C. (#22353)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 620-2350 – Ext. 330
Facsimile:   (714) 703-1610
flanak@lanak-hanna.com
kcsloan@lanak-hanna.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation:<br><br>   Plaintiff,<br><br>v.<br><br>ROADWAY ENGINEERING WORKS, INC., a California corporation, individually and doing business as ROADWAY ELECTRICAL WORKS, INC.; DARLENE CODDINGTON, an individual; RANDY MORISOLI, an individual; MARLENE MCDEVITT, an individual; and ROBERT MCDEVITT, an individual,<br><br>   Defendants. | CASE NO.: 1:16-CV-00070-WBS-SKO<br><br>STIPULATION AND ORDER ALLOWING WITHDRAWAL OF PLAINTIFF, GREAT AMERICAN INSURANCE COMPANY MOTION FOR PRELIMINARY INJUNCTION<br><br>DATE:      March 7, 2016<br>TIME:      1:30 P.M.<br><br>COURTROOM:   5<br>BEFORE THE HONORABLE<br>SENIOR JUDGE WILLIAM R. SHUBB |

   WHEREAS on February 1, 2016, Plaintiff, GREAT AMERICAN INSURANCE COMPANY ("GREAT AMERICAN") filed its Motion for Preliminary Injunction to (1) Enjoin Defendants From Removing Hiding or Destroying Defendants' Books and Records and (2) Order Defendants to Provide Plaintiff With Access to Defendant's Books and Records for Copying and Inspection.

{2519 22353}                                                  1
**STIPULATION AND ORDER ALLOWING WITHDRAWAL**

WHEREAS on March 1, 2016, defendants MARLENE McDEVITT and ROBERT McDEVITT filed their Opposition to plaintiff, GREAT AMERICAN's Motion for Preliminary Injunction.

WHEREAS on February 24, 2016 defendants ROADWAY ENGINEERING WORKS INC., DARLENE CODDINGTON, and RANDY MORISOLI filed for protection under Chapter 7and an automatic stay is in effect.

IT IS HEREBY STIPULATED, by and between plaintiff, GREAT AMERICAN INSURANCE COMPANY and defendants, MARLENE McDEVITT and ROBERT McDEVITT that Plaintiff's GREAT AMERICAN's Motion for Preliminary Injunction set March 7, 2016 at 1:30 p.m. in Courtroom 5, be withdrawn and taken off calendar.

Dated: March 2, 2016        BY:    */s/ Francis J. Lanak*

Francis J. Lanak
Kelly C. Sloan
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

Dated: March 3, 2016        BY:    */s/ Eric J. Sousa*

Eric J. Sousa
Attorney for Defendants/Cross-Claimants
MARLENE McDEVITT and
ROBERT McDEVITT

IT IS SO ORDERED.

Dated: March 3, 2016        _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE