Francis J. Lanak, Esq. (Bar No. 43487)
Kelly C. Sloan, Esq. (Bar No. 286491)
Members of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350 – Ext. 330
Facsimile:   (714) 703-1610
flanak@lanak-hanna.com
kcsloan@lanak-hanna.com




Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation:<br><br>Plaintiff,<br><br>v.<br><br>ROADWAY ENGINEERING WORKS, INC., a California corporation, individually and doing business as ROADWAY ELECTRICAL WORKS, INC.; DARLENE CODDINGTON, an individual; RANDY MORISOLI, an individual; MARLENE MCDEVITT, an individual; and ROBERT MCDEVITT, an individual,<br><br>Defendants. | CASE NO.: 1:16-CV-00070-WBS-SKO<br><br>STIPULATION RE: DISMISSAL OF DARLENE CODDINGTON PURSUANT TO F.R.C.P., RULE 41<br><br>[FILED CONCURRENTLY WITH ORDER FOR DISMISSAL OF DEFENDANT DARLENE CODDINGTON] |

Pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation ("Plaintiff") and Defendants MARLENE MCDEVITT, an individual, ROBERT MCDEVITT, an individual and DARLENE CODDINGTON, an individual, who constitute all parties who have filed an answer in the above-captioned action (collectively referred to herein as the "Parties"), by and through their respective undersigned attorneys, hereby submit the following Joint

Stipulation Re: Dismissal of Defendant Darlene Coddington from the First Amended Complaint.

**WHEREAS**, on January 15, 2016, Plaintiff filed the Complaint initiating the above entitled action and asserting claims against Defendant for: Breach of Contract (two counts); Equitable Indemnity; Quia Timet/Injunctive Relief; Specific Performance (two counts); and Fraud.

**WHEREAS**, Plaintiff has served Defendant Darlene Coddington with the lawsuit.

**WHEREAS**, on January 26, 2016, Plaintiff filed its First Amended Complaint, which added two Breach of Fiduciary Duty causes of action against Defendant.

**WHEREAS**, on February 16, 2016, Defendant Darlene Coddington filed her answer to the First Amended Complaint.

**WHEREAS,** on or about February 26, 2016, Defendants Randy Morisoli and Darlene Coddington filed for Chapter 7 Bankruptcy.

**NOW, THEREFORE**, the Parties, through their respective counsel of record, hereby stipulate and agree as follows:

1. Darlene Coddington shall be dismissed without prejudice from the First Amended Complaint filed by Plaintiff Great American Insurance Company.
2. Darlene Coddington shall bear her own attorneys' fees, costs and expenses incurred in defending against the First Amended Complaint filed by Plaintiff Great American Insurance Company.

**IT IS SO STIPULATED.**

///
///
///
///
///
///

**WHEREFORE**, the Parties hereby request this Honorable Court to enter an order dismissing Darlene Coddington only from the First Amended Complaint.

Dated: May 19, 2016   LANAK & HANNA, P.C.

By: /s/ Francis J. Lanak
FRANCIS J. LANAK
ATTORNEYS FOR PLAINTIFF
GREAT AMERICAN INSURANCE
COMPANY

Dated: May 19, 2016   KATZOFF & RIGGS LLP

By: /s/ Robert R. Riggs
ROBERT R. RIGGS
ATTORNEYS FOR DEFENDANT
DARLENE CODDINGTON

Dated: May __, 2016   RODARAKIS & SOUSA, APC

By: _____
ERIC J. SOUSA
ATTORNEYS FOR DEFENDANTS
MARLENE MCDEVITT AND
ROBERT MCDEVITT

{2519 22353}

3

Stipulation Re: Dismissal of Defendant Darlene Coddington

Francis J. Lanak, Esq. (Bar No. 43487)
Kelly C. Sloan, Esq. (Bar No. 286491)
Members of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350 – Ext. 330
Facsimile: (714) 703-1610
flanak@lanak-hanna.com
kcsloan@lanak-hanna.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation:<br><br>Plaintiff,<br><br>v.<br><br>ROADWAY ENGINEERING WORKS, INC., a California corporation, individually and doing business as ROADWAY ELECTRICAL WORKS, INC.; DARLENE CODDINGTON, an individual; RANDY MORISOLI, an individual; MARLENE MCDEVITT, an individual; and ROBERT MCDEVITT, an individual,<br><br>Defendants. | CASE NO.: 1:16-CV-00070-WBS-SKO<br><br>ORDER FOR DISMISSAL OF DEFENDANT DARLENE CODDINGTON<br><br>[FILED CONCURRENTLY WITH STIPULATION RE: DISMISSAL OF DARLENE CODDINGTON PURSUANT TO F.R.C.P., RULE 41] |

Pursuant to the Stipulation Re: Dismissal of Darlene Coddington Pursuant to F.R.C.P., Rule 41, executed jointly by Great American Insurance Company, an Ohio corporation and Defendants Darlene Coddington, an individual, Marlene McDevitt, an individual and Robert McDevitt, an individual, through their respective counsel, Darlene Coddington is hereby dismissed from the First Amended Complaint without prejudice in accordance with F.R.C.P., Rule 41(a)(1)(A)(ii).

**SO ORDERED.**

Dated: 5/23/2016

By: _/s/ William R. Shubb_
Hon. William R. Shubb